**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| ████ | Case No. |
| Plaintiff, | |
| v. | |
| The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A" | |
| Defendants. | |

**EXHIBIT 2 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under seal. A full version of Exhibit 2 will be filed separately under seal and will remain under seal until further order of this court.

Dated:  July 28, 2026

Respectfully submitted

By: /s/ *Marjorie Ouyang*
One Park Plaza, #600
Irvine, CA 92614
Marjorie.Ouyang@valleysummit
law.com
*Attorney for Plaintiff*